FILED IN OPEN COURT
ON 1|18|19 SWT
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS JOSE PORTORREAL REYES, a/k/a RAMON ESTEBAN PAEZ-JEREZ,<br><br>Defendant. | Case No. 5:19-cv-15-FL<br><br>**CONSENT ORDER FOR ENTRY OF JUDGMENT REVOKING NATURALIZATION** |

The Court having considered the Complaint filed by the United States of America ("United States") against Carlos Jose Portorreal Reyes a/k/a Ramon Esteban Paez-Jerez ("Defendant") and having jurisdiction over this matter pursuant to 8 U.S.C. § 1451(a) and 28 U.S.C. §§ 1331 and 1345; Defendant having been advised by counsel; the parties having filed a Joint Motion for Entry of Consent Order; and Defendant having admitted that he illegally procured his naturalization and that he procured his naturalization by concealment of a material fact and willful misrepresentation as described in the Complaint and Joint Motion; it is hereby ORDERED, ADJUDGED, and DECREED as follows:

(1) The Joint Motion for Consent Judgment is GRANTED;

(2) In accordance with the Joint Motion for Consent Judgment, judgment is ENTERED in favor of the United States and against Defendant;

(3) The Court FINDS and DECLARES that Defendant illegally procured his U.S. citizenship;

(4) The Court FINDS and DECLARES that Defendant procured his U.S.

1

citizenship by concealment of a material fact and willful misrepresentation;

(5) The order admitting Defendant to U.S. citizenship is REVOKED and SET ASIDE, effective as of the original date of the order, February 12, 1999;

(6) Certificate of Naturalization No. 22520574 is CANCELED, effective as of the original date of the certificate, February 12, 1999;

(7) Defendant is forever RESTRAINED and ENJOINED from claiming any rights, privileges, benefits, or advantages under any document which evidences United States citizenship obtained as a result of his February 12, 1999 naturalization;

(8) Defendant shall, within ten days of this Order, surrender and deliver his Certificate of Naturalization, any and all U.S. passports, and any other indicia of U.S. citizenship, as well as any copies thereof in his possession or control (and shall make good faith efforts to recover and then surrender any copies thereof that he knows are in the possession or control of others) to Counsel for the United States, Timothy M. Belsan~~, and~~

~~(9) The Parties shall appear in person for a compliance hearing on _____, 2019, at which Defendant must demonstrate that he has complied with this Judgment, unless the United States provides notice that Defendant has fully complied and this Judgment is satisfied, in which case such hearing will be canceled.~~ dws

2

IT IS SO ORDERED:

DATED at <u>New Bern</u>, this <u>18<sup>t</sup></u> day of <u>January</u>, 2019.

BY THE COURT:

_____
The Honorable Louise W. Flanagan
US District Judge
413-415 Middle Street, Room 208
New Bern, NC 28560

3

CONSENTED TO:

Dated: January 16, 2019            ROBERT J. HIGDON, JR.
United States Attorney

By: /s/ Lori B. Warlick
LORI B. WARLICK
Special Assistant U.S. Attorney
Civil Division
310 New Bern Avenue, Suite 800
Federal Building
Raleigh, NC 27601-1461
Telephone: (919) 856-4882
Email: Lori.B.Warlick@usdoj.gov
N.C. Bar No. 37123

Counsel for Plaintiff

Dated: January 16, 2019    By: /s/ Raymond C. Tarlton *(consent)*
RAYMOND C. TARLTON
Tarlton Polk LLC
Wells Fargo Capitol Center
150 Fayetteville Street, Suite 930
PO Box 1386
Raleigh, NC 27601
Phone: (919) 948-6424
Email: rtarlton@tarltonpolk.com

By: /s/ J. Brad Polk *(consent)*
J. BRAD POLK
Tarlton Polk LLC
Wells Fargo Capitol Center
150 Fayetteville Street, Suite 930
PO Box 1386
Raleigh, NC 27601
Phone: (919) 948-6424
Email: bpolk@tarltonpolk.com

Counsel for Defendant

4